**STATE of Missouri, Respondent,**

v.

**Sylvester SMITH, Defendant,**

**and**

**Ace 24 Hour Bail, Inc., Surety/Appellant.**

**No. WD 44883.**

Missouri Court of Appeals, Western District.

March 17, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 1992.

Application to Transfer Denied June 30, 1992.

Robert G. Duncan, Kansas City, for surety, appellant.

Vic Peters, Pros. Atty., Platte County, Platte City, for respondent.

Before LOWENSTEIN, C.J., and SHANGLER and SMART, JJ.

ORDER

PER CURIAM.

Appeal to set aside forfeiture of a bond which was posted as bail.

Appeal dismissed.